# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

**FILED**
8:59 am, 10/29/18
Stephan Harris
Clerk of Court

UNITED STATES OF AMERICA

vs.

BRIAN LOUIS BLAND

Defendant.

Case Number:   18-CR-108-SWS-2

**ARRAIGNMENT/CHANGE OF PLEA MINUTE SHEET**

Date October 29, 2018     Time   8:34 - 8:56 AM

☐ Arraignment     ☑ Change of Plea     Before the Honorable   Scott W. Skavdahl

Interpreter:                                Int. Phone:

| Crystal Toner | Anne Bowline | Kate Williamson | Del Ramsey |
|---|---|---|---|
| Clerk | Court Reporter | Probation Officer | U.S. Marshal |

APPEARANCES   Government: Trevor Schenk

Defendant:   Keith Nachbar

☐ FPD   ☑ PANEL-CJA   ☐ RETAINED   ☐ WAIVED

☐ Defendant Waives Indictment
☐ Information filed by Government
☐ Superseding Indictment/Information filed by Government

**DEFENDANT ENTERS A PLEA OF**

☐ Not Guilty to Count(s) _____ of an Indictment
☑ Guilty to Count(s)   5   of an Indictment
☐ *Nolo Contendere*

**NOT GUILTY PLEA**         **GUILTY PLEA**

☐ Court accepts *Nolo Contendere* Plea
☐ Court orders discovery per Rule 16 FRCrP
☐ Court orders access to Grand Jury Transcripts
☐ Motions to be filed in _____ days or on/before _____
☐ Trial date set for _____ at _____ in _____
☐ Speedy trial expires on _____
☐ Other _____

☑ Court is satisfied there is factual basis for plea of guilty
☑ Defendant referred to probation for presentence investigation
☑ Defendant advised on consequences of a plea of guilty
☑ Plea agreement filed
☑ Sentencing set for 1/15/2019 at 8:15 AM in Casper, Wyoming
☑ Plea conditionally accepted
☑ Count(s) 1 to be dismissed at time of sentencing

BOND IS  ☑ Defendant is detained

☐ Set at _____  ☐ Cash or Surety  ☐ Unsecured

☐ Continued on the same terms and conditions

☐ Continued on bond with the following conditions:

☐ Released on bond with the following conditions:

☐ 3rd party custody of _____  ☐ Seek/Maintain employment
☐ Report to Pretrial Services as directed  ☐ Travel restricted to _____
☐ Maintain current residence  ☐ Abide by the following curfew _____
☐ Not use or possess firearms/ammunition/explosives  ☐ Not use or possess controlled substances/drugs
☐ Not use or possess alcohol  ☐ Not use alcohol to excess
☐ Submit to drug/alcohol testing  ☐ Avoid all contact with _____
☐ Surrender passport to _____  ☐ Post property or sum of money _____
☐ Obey all laws. Federal, State and Local  ☐ Do not obtain passport
☐ Undergo Medical/Psychiatric treatment/exam
☐ Other _____